ACCEPTED
06-15-00162-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/8/2015 4:32:15 PM
DEBBIE AUTREY
CLERK

**IN THE**

**COURT OF APPEALS**

**SIXTH SUPREME JUDICIAL DISTRICT**

**OF TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 8:12:00 AM
DEBBIE AUTREY
Clerk

**TRIAL COURT NO. CR2014-385**

**DOCKET NOS. 06-15-00162-CR**

**THE STATE OF TEXAS**

**VS.**

**JAMES SCHWING**

---

**ON APPEAL FROM THE**

**207TH JUDICIAL DISTRICT COURT**

**OF BEXAR COUNTY, TEXAS**

---

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

To The Honorable Judges of The Court of Appeals:

Appellant in the above styled and numbered causes by and through his attorney, makes this Motion For Extension of Time to File Appellant's Brief, pursuant to the Texas Rules of Appellate Procedure and as grounds therefore would show the Court:

I.

This cause was heard in the 207th Judicial District Court of Comal County, Texas.

II.

The Trial Court cause number and style are as indicated above.

III.

Appellant was convicted of the offense of Possession of a Controlled Substance.

IV.

Appellant was assessed a punishments of 18 years confinement in the TDCJ institutional division and a fine of $1800.

V.

The Court has granted one previous extension to file Appellant's brief.

VI.

The length of time requested for the extension is until December 8, 2015.

VII.

Good cause for the requested extension exists because since receiving the last extension from the Court undersigned counsel has been involved in preparation for four first degree felony trials in Bexar County and another Comal County. All such cases are scheduled for trial in the first two month of 2016.

**PRAYER**

Wherefore, Appellant by and through his attorney of record, prays that the Court will grant this motion and extend the time for filing Appellant's Brief until December 8, 2015.

**MOTION TO EXTEND TIME TO FILE BRIEF-PAGE 2**

Respectfully Submitted,


/s/C. Wayne Huff_____
C. Wayne Huff
P.O. Box 2334
Boerne, Texas 78006
Bar Card No. 10180600
(210) 488-4440
Facsimile (830) 230-5567

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned attorney of record of Appellant hereby certifies that a true and correct copy of

the foregoing motion was served upon the District Attorney for Comal county, on December 8, 2015.



/s/C. Wayne Huff_____
C. WAYNE HUFF